■ CHARLES D. STORMON et al., Appellants, v GERARD T. ROOME, Respondent. (Appeal No. 1.) [677 NYS2d 926] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ CHARLES D. STORMON et al., Appellants, v GERARD T. ROOME, Respondent. (Appeal No. 2.) [678 NYS2d 548] —Judgment unanimously affirmed with costs for reasons stated at Supreme Court, Tormey, III, J. (Appeal from Judgment of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ ROSALYN KILLINGER, Respondent, v RONALD E. KILLINGER, Appellant. [678 NYS2d 548] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Custody.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ MAYSHARK BUILDERS, INC., Appellant, v CHAUTAUQUA INSTITUTION, Respondent. [678 NYS2d 547] —Judgment unanimously affirmed with costs. Memorandum: We note that a judgment was entered on the same date as the order from which the appeal was taken. The order is subsumed within the judgment and the appeal is from the judgment, not the order (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988). We exercise our discretion to disregard the misstatement in the notice of appeal, and we treat the appeal as taken from the judgment (*see,* CPLR 5520 [c]; *Hughes v Nussbaumer, Clarke & Velzy, supra*). (Appeal from Judgment of Supreme Court, Chautauqua County, Cass, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ CYNTHIA L. LEAR, as Coadministratrix of the Estate of HAROLD L. BALDWIN, Deceased, Respondent, v GENESEE MEMORIAL HOSPITAL, Appellant, et al., Defendants. [678 NYS2d 228] —Order unanimously reversed on the law without costs, motion granted and third and fourth causes of action dismissed. Memorandum: Supreme Court erred in denying the motion of defendant Genesee Memorial Hospital (Hospital) for summary judgment dismissing the third and fourth causes of action. The